# EXHIBIT B

# Oconee County
# Tenth Judicial Circuit
# Public Index



Oconee County Home Page South Carolina Judicial Department Home Page SC.GOV Home Page

Switch View

## South Carolina Gambling Recovery Llc VS Kalshi Inc , defendant, et al

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2025CP3700563 | **Court Agency:** | Common Pleas | **Filed Date:** | 06/11/2025 |
| **Case Type:** | Common Pleas | **Case Sub Type:** | Adm Law/Other 899 | **File Type:** | Mediator - Jury |
| **Status:** | Pending/ADR | **Assigned Judge:** | Clerk Of Court C P, G S, And Family Court | | |
| **Disposition:** | | **Disposition Date:** | | **Disposition Judge:** | |
| **Original Source Doc:** | | **Original Case #:** | | | |
| **Judgment Number:** | | **Court Roster:** | | | |

Case Parties Judgments Tax Map Information Associated Cases Actions Financials

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
|---|---|---|---|---|---|---|
| South Carolina Gambling Recovery Llc | ADR/Alternative Dispute Resolution (Workflow) | Action | | 01/07/2026-23:49 | | |
| South Carolina Gambling Recovery Llc | NEF(09-17-2025 03:19:01 PM) Service/Affidavit Of Service | Filing | | 09/17/2025-15:26 | | |
| South Carolina Gambling Recovery Llc | Service/Affidavit Of Service on Robinhood Derivatives Llc | Filing | | 09/17/2025-15:19 | | |
| South Carolina Gambling Recovery Llc | Service/Affidavit Of Service on Robinhood Markets Inc | Filing | | 09/17/2025-15:19 | | |
| South Carolina Gambling Recovery Llc | NEF(09-10-2025 02:22:43 PM) Service/Affidavit Of Service | Filing | | 09/10/2025-14:47 | | |
| South Carolina Gambling Recovery Llc | Service/Affidavit Of Service on Webull Corporation | Filing | | 09/10/2025-14:22 | | |
| South Carolina Gambling Recovery Llc | Service/Affidavit Of Service on Kalshi Inc | Filing | | 09/10/2025-14:22 | | |
| South Carolina Gambling Recovery Llc | Service/Affidavit Of Service on Kalshi Klear Inc | Filing | | 09/10/2025-14:22 | | |
| South Carolina Gambling Recovery Llc | Service/Affidavit Of Service on Kalshi Klear Llc | Filing | | 09/10/2025-14:22 | | |
| South Carolina Gambling Recovery Llc | Service/Affidavit Of Service on Kalshi Trading Llc | Filing | | 09/10/2025-14:22 | | |
| South Carolina Gambling Recovery Llc | Service/Affidavit Of Service on Kalshiex Llc | Filing | | 09/10/2025-14:22 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **South Carolina Gambling Recovery Llc** | **Service/Affidavit Of Service on Susquehanna Government Produ** | **Filing** | | **09/10/2025-14:22** | | |
| **South Carolina Gambling Recovery Llc** | **Service/Affidavit Of Service on Susquehanna International Gr** | **Filing** | | **09/10/2025-14:22** | | |
| **South Carolina Gambling Recovery Llc** | **Summons & Complaint** | **Filing** | | **06/11/2025-23:49** | | |

**CMSWeb 7.2 © 2024 South Carolina Judicial Branch • All rights reserved**

# Oconee County
# Tenth Judicial Circuit
# Public Index



Oconee County Home Page South Carolina Judicial Department Home Page SC.GOV Home Page

Switch View

## South Carolina Gambling Recovery Llc VS Kalshi Inc , defendant, et al

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2025CP3700563 | **Court Agency:** | Common Pleas | **Filed Date:** | 06/11/2025 |
| **Case Type:** | Common Pleas | **Case Sub Type:** | Adm Law/Other 899 | **File Type:** | Mediator - Jury |
| **Status:** | Pending/ADR | **Assigned Judge:** | Clerk Of Court C P, G S, And Family Court | | |
| **Disposition:** | | **Disposition Date:** | | **Disposition Judge:** | |
| **Original Source Doc:** | | **Original Case #:** | | | |
| **Judgment Number:** | | **Court Roster:** | | | |

Case Parties Judgments Tax Map Information Associated Cases Actions Financials

Click the icon to show associated parties.

| Name | Address | Race | Sex | Year Of Birth | Party Type | Party Status | Last Updated |
|---|---|---|---|---|---|---|---|
| Kalshi Inc | | | | | Defendant | | 06/12/2025 |
| Kalshi Klear Inc | | | | | Defendant | | 06/12/2025 |
| Kalshi Klear Llc | | | | | Defendant | | 06/12/2025 |
| Kalshi Trading Llc | | | | | Defendant | | 06/12/2025 |
| Kalshiex Llc | | | | | Defendant | | 06/12/2025 |
| Mills, Christopher Ernest | 557 East Bay Street #22251 Charleston SC 29413 | | | | Plaintiff Attorney | | 06/12/2025 |
| South Carolina Gambling Recovery Llc | | | | | Plaintiff | | 06/12/2025 |
| Robinhood Derivatives Llc | | | | | Defendant | | 06/12/2025 |
| Robinhood Markets Inc | | | | | Defendant | | 06/12/2025 |
| South Carolina Gambling Recovery Llc | | | | | Plaintiff | | 06/12/2025 |
| Mills, Christopher Ernest | 557 East Bay Street #22251 Charleston SC 29413 | | | | Plaintiff Attorney | | 06/12/2025 |
| Susquehanna Government Products Lllp | | | | | Defendant | | 06/12/2025 |
| Susquehanna International Group Llp | | | | | Defendant | | 06/12/2025 |
| Webull Corporation | | | | | Defendant | | 06/12/2025 |

CMSWeb 7.2 © 2024 South Carolina Judicial Branch • All rights reserved

# Oconee County
# Tenth Judicial Circuit
# Public Index



Oconee County Home Page South Carolina Judicial Department Home Page SC.GOV Home Page

Switch View

## South Carolina Gambling Recovery Llc VS Kalshi Inc , defendant, et al

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2025CP3700563 | **Court Agency:** | Common Pleas | **Filed Date:** | 06/11/2025 |
| **Case Type:** | Common Pleas | **Case Sub Type:** | Adm Law/Other 899 | **File Type:** | Mediator - Jury |
| **Status:** | Pending/ADR | **Assigned Judge:** | Clerk Of Court C P, G S, And Family Court | | |
| **Disposition:** | | **Disposition Date:** | | **Disposition Judge:** | |
| **Original Source Doc:** | | **Original Case #:** | | | |
| **Judgment Number:** | | **Court Roster:** | | | |

Case Parties Judgments Tax Map Information Associated Cases Actions Financials

**Summary**

| | | | | | |
|---|---|---|---|---|---|
| **Fine/Costs:** | $150.00 | **Total Paid for fine/costs:** | $150.00 | **Balance Due:** | $0.00 |

**Costs**

| Description | Cost Code | Amount | Charge Action | Disbursed Amount |
|---|---|---|---|---|
| Civil Filing Fee County 44%/100% | CVFFCN | $44.00 | | $44.00 |
| Civil Filing Fee State 56% | CVFFST | $56.00 | | $56.00 |
| SCJD Filing Fee Proviso $50 / $25 | SCJDPV | $50.00 | | $50.00 |

**Payments**

| Payment Date | Receipt Number | Entered By | Transaction Type Code | Payment Amount |
|---|---|---|---|---|
| 06/12/2025 | 95210 | C37AWATKIN | PY | $150.00 |

CMSWeb 7.2 © 2024 South Carolina Judicial Branch • All rights reserved

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

**STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT**

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:25 AM** to be served upon:

**SUSQUEHANNA INTERNATIONAL GROUP LLP**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ADAM GOLDEN, depose and say that:

On **09/08/2025** at **2:17 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **SUSQUEHANNA INTERNATIONAL GROUP LLP** at **C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS CENTER , Wilmington, DE 19808** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **LEGAL REPRESENTATIVE , AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **25** - Height: **5"4"** - Weight: **120**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 9 day of Spt, 2025.

X

**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487992

Signed and sworn to before me on this 9 day of Spt, 2025.

Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC
STATE OF DELAWARE

*487992*

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:25 AM** to be served upon:

**SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ADAM GOLDEN, depose and say that:

On **09/08/2025** at **2:17 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP** at **CORPORATION SERVICE CO 251 LITTLE FALLS DR, WILMINGTON, DE 19808** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **LEGAL REPRESENTATIVE , AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **25** - Height: **5"4"** - Weight: **120**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 9 day of Sept, 2025.

X ______________________
**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487991

Signed and sworn to before me on this 9 day of Sept, 2025.

______________________
Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC
STATE OF DELAWARE

*487991*

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:26 AM** to be served upon:

**KALSHIEX LLC**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ADAM GOLDEN, depose and say that:

On **09/08/2025** at **1:57 PM, I SERVED** the within **SUMMONS & COMPLAINT** on **KALSHIEX LLC** at **THE CORPORATION TRUST COMPANY 1209 ORANGE STREET**, **Wilmington**, **DE 19801** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **CHIMERE BROOKS** , **AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Black** - Hair: **Black** - Approx. Age: **30** - Height: **5'5"** - Weight: **200**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 9 day of Sept, 20 25.

X [signature]
**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Signed and sworn to before me on this 9 day of Sept, 20 25.

[signature]
Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC STATE OF DELAWARE

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487993

*487993*

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:25 AM** to be served upon:

**KALSHI TRADING LLC**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ADAM GOLDEN, depose and say that:

On **09/08/2025** at **2:17 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **KALSHI TRADING LLC** at **CORPORATION SERVICE CO 251 LITTLE FALLS DR**, **WILMINGTON**, **DE 19808** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **LEGAL REPRESENTATIVE** , **AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **25** - Height: **5"4"** - Weight: **120**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 9 day of Sept, 2025.

X____________________
**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Signed and sworn to before me on this 9 day of Sept, 2025.

____________________
Notary Public

GEORGE H COVERT II
MY COMMISSION
EXPIRES
Feb. 13, 2026
NOTARY PUBLIC
STATE OF DELAWARE

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487990

*487990*

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:24 AM** to be served upon:

**KALSHI KLEAR LLC**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ADAM GOLDEN, depose and say that:

On **09/08/2025** at **2:17 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **KALSHI KLEAR LLC** at **CORPORATION SERVICE CO 251 LITTLE FALLS DR, WILMINGTON, DE 19808** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **LEGAL REPRESENTATIVE , AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **25** - Height: **5"4"** - Weight: **120**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 9 day of Sept, 2025.

X [signature]
**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Signed and sworn to before me on this 9 day of Sept, 2025.

[signature]
Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC STATE OF DELAWARE

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487989

*487989*

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:24 AM** to be served upon:

**KALSHI KLEAR INC.**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ADAM GOLDEN, depose and say that:

On **09/08/2025** at **2:17 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **KALSHI KLEAR INC.** at **CORPORATION SERVICE CO 251 LITTLE FALLS DR**, **WILMINGTON**, **DE 19808** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **LEGAL REPRESENTATIVE , AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **25** - Height: **5"4"** - Weight: **120**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 9 day of Sept, 20 25.

X ____________________
**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487988

Signed and sworn to before me on this 9 day of Sept, 2025.

____________________
Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC STATE OF DELAWARE

*487988*

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:24 AM** to be served upon:

**KALSHI INC.**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ADAM GOLDEN, depose and say that:

On **09/08/2025** at **2:17 PM, I SERVED** the within **SUMMONS & COMPLAINT** on **KALSHI INC.** at **CORPORATION SERVICE CO 251 LITTLE FALLS DR, WILMINGTON, DE 19808** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **LEGAL REPRESENTATIVE , AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **25** - Height: **5'4"** - Weight: **120**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 9 day of Sept, 2025.

X ____________________
**ADAM GOLDEN**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Signed and sworn to before me on this 9 day of Sept, 2025.

____________________
Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC
STATE OF DELAWARE

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487987

*487987*

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# RETURN OF SERVICE

**State of South Carolina** **County of Oconee** **County/Circuit Court**

Case Number: ____________________

SWA2025004235

Plaintiff/Petitioner: **SOUTH CAROLINA GAMBLING RECOVERY LLC,**
vs.
Defendant/Respondent: **KALSHI INC., KALSHIEX LLC, KALSHI KLEAR INC., KALSHI KLEAR LLC**
**KALSHI TRADING LLC, SUSQUEHANNA INTERNATIONAL GROUP, LLP, SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP ROBINHOOD MARKETS, INC. ROBINHOOD DERIVATIVES, LLC**
**WEBULL CORPORATION,**

For:
CHRISTOPHER MILLS
SPERO LAW LLC
557 East Bay Street
#22251
Charleston, SC 29413

Received by MICHELLE MCKAY on the 8th day of September, 2025 at 8:50 am to be served on **Webull Corporation Webull Holdings (US) Inc., 200 Carillon Parkway, St. Petersburg, FL 33716**.

I, MICHELLE MCKAY, do hereby affirm that on the **9th day of September, 2025** at **1:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS (JURY TRIAL REQUESTED),, COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Nancy Pierson** as **Director of Facilities** for **Webull Corporation**, at the address of: **200 Carillon Parkway, St. Petersburg, FL 33716**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Caucasian, Height: 6'4", Weight: 160, Hair: Auburn, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Signed under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true; NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

Michelle McKay

**MICHELLE MCKAY**
APS 57511

**ABSOLUTE SERVICES, INC.**
**15010 113th Ave.**
**Lot 13**
**Largo, FL 33774**
**(727) 303-7983**

Our Job Serial Number: SWA-2025004235

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

DELIVERED 9/9/2025 1:30 PM
SERVER MM
LICENSE APS 57511

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563
ELECTRONICALLY FILED - 2025 Jun 11 11:49 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

**STATE OF SOUTH CAROLINA**
**IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE**
**TENTH JUDICIAL CIRCUIT**

SOUTH CAROLINA GAMBLING RECOVERY LLC,

*Plaintiff,*

*v.*

KALSHI INC.

KALSHIEX LLC

KALSHI KLEAR INC.

KALSHI KLEAR LLC

KALSHI TRADING LLC

SUSQUEHANNA INTERNATIONAL GROUP, LLP

SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP

ROBINHOOD MARKETS, INC.

ROBINHOOD DERIVATIVES, LLC

WEBULL CORPORATION,

*Defendants.*

Civil Action No. ________________

**SUMMONS**
**(JURY TRIAL REQUESTED)**

**TO THE DEFENDANTS ABOVE-NAMED:**

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, a copy of which is hereby served on you, and to serve a copy of your Answer to said Complaint upon the subscribers at 557 East Bay St. #22251, Charleston, SC 29413, within thirty days after service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within

ELECTRONICALLY FILED - 2025 Sep 10 2:22 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563
ELECTRONICALLY FILED - 2025 Jun 11 11:49 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

the time aforesaid, judgment by default will be rendered against you for the relief demanded in said Complaint.

Dated: June 11, 2025

Respectfully submitted,

*/s/ Christopher Mills*

Christopher Mills (S.C. Bar No. 101050)
SPERO LAW L.L.C.
557 East Bay St. #22251
Charleston, SC 29413
Tel: (843) 606-0640
cmills@spero.law

Derek T. Ho (*pro hac, forthcoming*)
Kyle B. Grigel (*pro hac, forthcoming*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
kgrigel@kellogghansen.com

*Counsel for Plaintiff South Carolina Gambling Recovery LLC*

ELECTRONICALLY FILED - 2025 Sep 10 2:47 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# Certificate of Electronic Notification

## Recipients

**Christopher Mills** - Notification transmitted on 09-10-2025 02:23:00 PM.

ELECTRONICALLY FILED - 2025 Sep 10 2:47 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

****** IMPORTANT NOTICE - READ THIS INFORMATION *****

NOTICE OF ELECTRONIC FILING [NEF]

–

**A filing has been submitted to the court RE:** 2025CP3700563

| | |
|---|---|
| **Official File Stamp:** | 09-10-2025 02:22:43 PM |
| **Court:** | CIRCUIT COURT |
| | Common Pleas |
| | Oconee |
| **Case Caption:** | South Carolina Gambling Recovery Llc VS Kalshi Inc , defendant, et al |
| **Document(s) Submitted:** | Service/Affidavit Of Service |
| | Service/Affidavit Of Service |
| | Service/Affidavit Of Service |
| | Service/Affidavit Of Service |
| | Service/Affidavit Of Service |
| | Service/Affidavit Of Service |
| | Service/Affidavit Of Service |
| | Service/Affidavit Of Service |
| **Filed by or on behalf of:** | Christopher Ernest Mills |

This notice was automatically generated by the Court's auto-notification system.

–

**The following people were served electronically:**

Christopher Ernest Mills for South Carolina Gambling Recovery Llc

**The following people have not been served electronically by the Court. Therefore, they must be served by traditional means:**

Kalshiex Llc

Kalshi Klear Inc

Kalshi Klear Llc

ELECTRONICALLY FILED - 2025 Sep 10 2:47 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

Kalshi Trading Llc

Susquehanna International Group Llp

Susquehanna Government Products Lllp

Robinhood Markets Inc

Robinhood Derivatives Llc

Kalshi Inc

Webull Corporation

ELECTRONICALLY FILED - 2025 Sep 17 3:19 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC,**

Plaintiff(s),

vs.

**KALSHI INC., ET AL.,**

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:27 AM** to be served upon:

**ROBINHOOD MARKETS INC**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ROBERT DELACY, JR., depose and say that:

On **09/09/2025** at **3:46 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **ROBINHOOD MARKETS INC** at **C/O INCORPORATING SERVICES LTD 3500 S DUPONT HIGHWAY**, **Dover**, **DE 19901** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **MEGAN GONZALEZ** , **SOP SPACIALIST** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Hispanic** - Hair: **Black** - Approx. Age: **30-35** - Height: **5'3"** - Weight: **150**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 17 day of Sept, 2025.

Signed and sworn to before me on this 17 day of Sept, 2025.

Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC STATE OF DELAWARE

X

**ROBERT DELACY, JR.**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487995

*487995*

ELECTRONICALLY FILED - 2025 Sep 17 3:19 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS, COUNTY OF OCONEE, TENTH JUDICIAL CIRCUIT

**SOUTH CAROLINA GAMBLING RECOVERY LLC**,

Plaintiff(s),

vs.

**KALSHI INC., ET AL.**,

Defendant(s).

**Case No.: 2025CP3700563**

**AFFIDAVIT OF SERVICE**

Received by **DM PROFESSIONAL SERVICES** on **09/08/2025** at **11:26 AM** to be served upon:

**ROBINHOOD DERIVATIVES, LLC**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX ss.

I, ROBERT DELACY, JR., depose and say that:

On **09/09/2025** at **3:46 PM**, I **SERVED** the within **SUMMONS & COMPLAINT** on **ROBINHOOD DERIVATIVES, LLC** at **C/O INCORPORATING SERVICES LTD 3500 S DUPONT HIGHWAY**, **Dover**, **DE 19901** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **MEGAN GONZALEZ** , **SOP SPACIALIST** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Hispanic** - Hair: **Black** - Approx. Age: **30-35** - Height: **5'3"** - Weight: **150**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this 17 day of Sept, 2025.

Signed and sworn to before me on this 17 day of Sept, 2025.

Notary Public

GEORGE H COVERT II
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC STATE OF DELAWARE

X
**ROBERT DELACY, JR.**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: SPERO LAW LLC
Atty File#: - Our File#: 487994

*487994*

ELECTRONICALLY FILED - 2025 Sep 17 3:26 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

# Certificate of Electronic Notification

## Recipients

**Christopher Mills** - Notification transmitted on 09-17-2025 03:19:26 PM.

ELECTRONICALLY FILED - 2025 Sep 17 3:26 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

****** IMPORTANT NOTICE - READ THIS INFORMATION *****

NOTICE OF ELECTRONIC FILING [NEF]

–

**A filing has been submitted to the court RE:** 2025CP3700563

| | |
|---|---|
| **Official File Stamp:** | 09-17-2025 03:19:01 PM |
| **Court:** | CIRCUIT COURT |
| | Common Pleas |
| | Oconee |
| **Case Caption:** | South Carolina Gambling Recovery Llc VS Kalshi Inc , defendant, et al |
| **Document(s) Submitted:** | Service/Affidavit Of Service |
| | Service/Affidavit Of Service |
| **Filed by or on behalf of:** | Christopher Ernest Mills |

This notice was automatically generated by the Court's auto-notification system.

–

**The following people were served electronically:**

Christopher Ernest Mills for South Carolina Gambling Recovery Llc

**The following people have not been served electronically by the Court. Therefore, they must be served by traditional means:**

Kalshiex Llc

Kalshi Klear Inc

Kalshi Klear Llc

Kalshi Trading Llc

Susquehanna International Group Llp

Susquehanna Government Products Lllp

Robinhood Markets Inc

Robinhood Derivatives Llc

Kalshi Inc

ELECTRONICALLY FILED - 2025 Sep 17 3:26 PM - OCONEE - COMMON PLEAS - CASE#2025CP3700563

Webull Corporation