**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

SOUTH CAROLINA GAMBLING RECOVERY LLC,

*Plaintiff*,

*v.*

KALSHI INC., KALSHIEX LLC, KALSHI KLEAR INC., KALSHI KLEAR LLC, KALSHI TRADING LLC, SUSQUEHANNA INTERNATIONAL GROUP, LLP, SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES, LLC, and WEBULL CORPORATION

*Defendants.*

Case No. ___________________

**DEFENDANTS KALSHI INC.'S, KALSHIEX LLC'S, KALSHI KLEAR INC.'S, KALSHI KLEAR LLC'S, AND KALSHI TRADING LLC'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES**

Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, and Kalshi Trading LLC (collectively the "Kalshi Defendants"), by and through their undersigned counsel, file their responses to the Local Rule 26.01 Interrogatories.

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**Response:** At this time, the Kalshi Defendants are not aware of any person or entity who may have a subrogation interest.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**Response:** Plaintiff's complaint demands a jury trial.

(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**Response:** None of the Kalshi Defendants are a publicly owned company. Kalshi Inc. does not have any parent corporation. KalshiEX LLC, Kalshi Klear Inc., and Kalshi Trading LLC are each a wholly owned subsidiary of Kalshi Inc. Kalshi Klear LLC is the wholly owned subsidiary of Kalshi Klear Inc. No publicly held corporation owns 10% or more of any Kalshi Defendant's stock. None of the Kalshi Defendants are the parent of any publicly owned company; nor do any of the Kalshi Defendants own 10% or more of the outstanding shares in any publicly owned company.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**Response**: Plaintiff's Complaint was filed in the State of South Carolina Court of Common Pleas, County of Oconee, Tenth Judicial Circuit. The United States District Court for the District of South Carolina, Anderson Division is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be

determined by the clerk of court based on a determination of whether the cases arise from the same identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Response:** The Kalshi Defendants are not aware of any matter filed in this district that is related in whole or in part to this action.

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Response:** To the best of their knowledge, the Kalshi Defendants have been properly identified.

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**Response:** At this time, the Kalshi Defendants are not aware of any person or legal entity which is liable to it. The Kalshi Defendants reserve the right to supplement their responses.

(H) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to the party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**Response:** Kalshi Inc. is a non-governmental corporation organized under the laws of Delaware and with its principal place of business in New York. Therefore, Kalshi Inc. is a citizen of Delaware and New York. KalshiEX LLC is a Delaware limited

liability company. Its sole member is Kalshi Inc. Therefore, KalshiEX LLC is a citizen of Delaware and New York. Kalshi Klear Inc. is a non-governmental corporation, organized under the laws of Delaware and with its principal place of business in New York. Therefore, Kalshi Klear Inc. is a citizen of Delaware and New York. Kalshi Klear LLC is a Delaware limited liability company. Its sole member is Kalshi Klear Inc. Therefore, Kalshi Klear LLC is a citizen of Delaware and New York. Kalshi Trading LLC is a Delaware limited liability company. Its sole member is Kalshi Inc. Therefore, Kalshi Trading LLC is a citizen of Delaware and New York.

This 7th day of October, 2025.

/s/Beattie B. Ashmore
Beattie B. Ashmore

**Beattie B. Ashmore, P.A.**
Beattie B. Ashmore
Fed. Bar No. 5215
650 E. Washington Street
Greenville, SC 29601
P: (864) 467-1001
F: (864) 672-1406
beattie@beattieashmore.com

**MILBANK LLP**
Sean Murphy*
Katherine Fell*
Matthew Laroche*
55 Hudson Yards
New York, New York 10001-2163
P: (212) 530-5000
F:(212) 530-5219
smurphy@milbank.com
kfell@milbank.com
mlaroche@milbank.com

Joshua Sterling*
1101 New York Avenue, NW
Washington, D.C. 20005
P: (202) 835-7500
F: (202) 263-7586
jsterling@milbank.com

*Counsel for Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., and Kalshi Klear LLC, Kalshi Trading LLC*

**Pro hac vice* motions forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I served a copy of the foregoing on counsel for all parties via U.S. Mail and email at the following addresses.

Christopher Mills
SPERO LAW L.L.C
557 East Bay St. #22251
Charleston, SC 29413
cmills@spero.law

Derek T. Ho, Esq.
Mark P. Hirschboeck, Esq.
Kyle B. Grigel, Esq.
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
dho@kellogghansen.com
mhirschboeck@kellogghansen.com
kgrigel@kellogghansen.com

*Attorneys for South Carolina Gambling Recovery LLC*

Eugene Scalia, Esq.
Jonathan Bond, Esq.
Nick Harper, Esq.
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036
escalia@gibsondunn.com
jbond@gibsondunn.com
nharper@gibsondunn.com

*Attorneys for Defendants Robinhood Markets, Inc. and Robinhood Derivatives, LLC*

/s/Beattie B. Ashmore
Beattie B. Ashmore